**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     Wayne E. Pinkstone, Esq.
        John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
wpinkstone@foxrothschild.com
*Attorneys for Defendants Westlake*
*Master Association Inc., and Bobbie Rivere,*
*Dennis Lafer, Richard E. Fontana, Marie*
*Miller, James P. Garrett, David J. Whelan,*
*Michael W. Yudkin, Diane E. O'Connor,*
*and Peter J. Martinasco*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PHILIP LEFKOWITZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WESTLAKE MASTER ASSOCIATION, INC. ET AL., <br><br> Defendants. | Civil Action No. 3:18-cv-14862-AET-TJB <br><br> **NOTICE OF MOTION TO DISMISS IN PART AND REQUEST FOR ORAL ARGUMENT** |

**PLEASE TAKE NOTICE** that on January 7, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Westlake Master Association Inc., Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor, and Peter J. Martinasco ("Defendants"), will appear before the Honorable Anne E. Thompson, of the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, to move this Court for an Order dismissing Counts I, II, III, V, and VI of the

Complaint filed by Plaintiff Rabbi Philip Lefkowitz, Levi Lefkowitz, and Moshe Lefkowitz (collectively "Plaintiffs") [ECF No. 1], insofar as those counts relate to Defendants' alleged refusal to construct a path and Sabbath-accessible gate, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon the accompanying Brief and Certification of Wayne E. Pinkstone, Esq., submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument, pursuant to Local Civil Rule 78.1(b).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: December 13, 2018                Respectfully submitted,

                                              **FOX ROTHSCHILD LLP**

*Attorneys for Defendants Westlake Master Association Inc., and Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor, and Peter J. Martinasco*

By:   */s/ Wayne E. Pinkstone, Esq.*
       WAYNE E. PINKSTONE
       JOHN C. ATKIN