**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     Wayne E. Pinkstone, Esq.
           John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
wpinkstone@foxrothschild.com
*Attorneys for Defendants Westlake*
*Master Association Inc., and Bobbie Rivere,*
*Dennis Lafer, Richard E. Fontana, Marie*
*Miller, James P. Garrett, David J. Whelan,*
*Michael W. Yudkin, Diane E. O'Connor,*
*and Peter J. Martinasco*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP LEFKOWITZ, ET AL.,<br><br>                           Plaintiffs,<br><br>                    v.<br><br>WESTLAKE  MASTER  ASSOCIATION, INC. ET AL.,<br><br>                           Defendants. | Civil Action No. 3:18-cv-14862-AET-TJB<br><br>**CERTIFICATION OF WAYNE E. PINKSTONE, ESQ.** |

   Wayne E. Pinkstone, Esq., of full age and on personal knowledge, hereby certifies as follows:

   1.     I am an attorney-at-law in the State of New Jersey and a partner with the law firm of Fox Rothschild LLP, counsel for Defendants Westlake Master Association Inc., Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor, and Peter J. Martinasco ("Defendants") in the above-captioned matter.  I make this certification based on personal knowledge in support of Defendants' Motion

to Dismiss Counts I, II, III, V, and VI of the Complaint insofar as they relate to Defendants' alleged refusal to construct a path and Sabbath-accessible gate.

2. A true and correct copy of the August 30, 2018 letter correspondence from Gregory J. Bevelock, Esq., to Ronald L. Perl, Esq., which was incorporated by reference in the paragraph 101 of the Complaint [ECF No. 1], is attached hereto as **Exhibit A**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Dated:  December 13, 2018                    Respectfully submitted,

**FOX ROTHSCHILD, LLP**

*Attorneys for Defendants Westlake Master Association Inc., and Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor, and Peter J. Martinasco*

/s/  Wayne E. Pinkstone
Wayne E. Pinkstone, Esq.
John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469