# Ex. A

# BEVELOCK & FISHER LLC
### *Attorneys at Law*

*Gregory J. Bevelock, Esq.*
Tel: (973) 845-2999
gbevelock@bevelocklaw.com

Fax: (973) 845-2797

14 Main Street, Suite 200
Madison, NJ 07940
www.bevelocklaw.com

*Charles M. Fisher, Esq.*
Tel: (973) 845-2998
cfisher@bevelocklaw.com

August 30, 2018

**By E-Mail & U.S. Mail**
Ronald L. Perl, Esq.
Hill Wallack LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226

    Re:    **Rabbi Philip Lefkowitz, 27 Crooked Stick Road, Jackson, NJ**

Dear Mr. Perl:

    I am writing to follow up on my letter of August 16, 2018, in which I provided you with information for several vendors of grass path surfaces that could be used for the path from the sidewalk on Crooked Stick Road to the gate to Gale Chambers Road.

    We have measured the area and the path would be 150 feet long. The vendor of the Grasspave product has advised the product comes in rolls that are 4.9 feet wide, which is sufficient. The vendor also provided cost information for the Grasspave product. As reflected in the attached document, the estimated total cost for the materials and installation of this product is between $5.00 and $7.00 per square foot. That amounts to between $3,675.00 and $5,145.00. Thus, the cost to the Association of installing the path, and complying with its obligations under the FHAA, is very reasonable. We are happy to work with Association to ensure that this project is completed in such a way to accommodate Rabbi Lefkowitz's handicap. Among other things, a more user-friendly lock will have to be installed. The gate is currently locked in part by a wire wrapped around it.

    We look forward to the Association's response.

                Very truly yours,
                BEVELOCK & FISHER LLC

                Gregory J. Bevelock

Encl.
c: Rabbi Philip Lefkowitz

# Invisible Structures—Budget *Installed* Costs
## GRASSPAVE & GRAVELPAVE

Grasspave—*Installed*:

- Sandy-Gravel Base (12")————————————————$0.75--$1.00/s.f.
- 1" Sand in cells————————————————————$0.50--$0.75/s.f.
- 1/2" thin cut sod————————————————————$0.75--$1.25/s.f.
- Grasspave cells w/Hydrogrow (N/C)——————$3.00--$4.00/s.f.

                                                    Total:   ***$5.00--$7.00/s.f.***

Gravelpave—*Installed*:

- Sandy-Gravel Base (12")————————————————$0.75--$1.00/s.f.
- 1" Gravel* in cells (*Add $.25/s.f. for colored gravel)————$1.25--$2.00/s.f.
- Gravelpave cells——————————————————————$4.00--$5.00/s.f.

                                                    Total:   ***$6.00--$8.00/s.f.***

*Installation Speed of Complete System:* 450-500 s.f./person/hour.



A.H. Harris & Sons, Inc.
HARRIS
CONSTRUCTION SPECIALTIES
Since 1916