Gregory J. Bevelock
Charles M. Fisher
BEVELOCK & FISHER LLC
14 Main Street, Suite 200
Madison, NJ 07940
(973) 845-2999
gbevelock@bevelocklaw.com
cfisher@bevelocklaw.com
*Attorneys for Plaintiffs,*
*Rabbi Philip Lefkowitz, Levi Lefkowitz,*
*and Moshe Lefkowitz*

RECEIVED

DEC 21 2018

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI PHILIP LEFKOWITZ et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTLAKE MASTER ASSOCIATION, INC. et al.,<br><br>Defendants. | Civil Action No. 3:18-14862 (AET)(TJB)<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' PARTIAL MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED TO by and between plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz and Moshe Lefkowitz ("Plaintiffs"), and defendants, Westlake Master Association Inc., and Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor and Peter J. Martinasco ("Defendants"), subject to the Court's approval, that the briefing schedule in connection with Defendants' Partial Motion to Dismiss Counts I, II, III, V, and VI of the Complaint (the "Motion") (ECF No. 8) is as follows:

1. Plaintiffs shall serve and file their opposition to the Motion on or before January 18, 2019; and

2. Defendants shall serve and file their reply to Plaintiffs' opposition on or before February 1, 2019.

STIPULATED AND AGREED BY:

| | |
|---|---|
| BEVELOCK & FISHER LLC<br>*Attorneys for Plaintiffs* | FOX ROTHSCHILD LLP<br>*Attorneys for Defendants* |
| By: *s/ Gregory J. Bevelock*<br>　　　Gregory J. Bevelock | By: */s/ Wayne E. Pinkstone*<br>　　　Wayne E. Pinkstone |
| Dated: December 18, 2018 | Dated: December 18, 2018 |

SO ORDERED:

_____    12-20-18
HON. ANNE E. THOMPSON U.S.D.J.

2