Gregory J. Bevelock
Charles M. Fisher
BEVELOCK & FISHER LLC
14 Main Street, Suite 200
Madison, NJ 07940
(973) 845-2999
gbevelock@bevelocklaw.com
cfisher@bevelocklaw.com
*Attorneys for Plaintiffs,*
*Rabbi Philip Lefkowitz, Levi Lefkowitz,*
*and Moshe Lefkowitz*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI PHILIP LEFKOWITZ et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTLAKE MASTER ASSOCIATION, INC. et al, <br><br> Defendants. | CIVIL ACTION NO. 3:18-cv-14862 (AET) (TJB) <br><br> **CERTIFICATION OF GREGORY J. BEVELOCK** |

I, GREGORY J. BEVELOCK, ESQ., of full age, hereby certify as follows:

1. I am a member of the law firm of Bevelock & Fisher LLC, attorneys for plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz, and Moshe Lefkowitz (collectively, "Plaintiffs"), in the above-captioned matter. I submit this certification in opposition to the partial motion to dismiss Counts I, II, III, V, and VI of Plaintiffs' complaint filed by defendants.

2. Attached hereto as Exhibit A is a true and correct copy of the Joint Statement of the Department of Housing and Urban Development and the Department of Justice: Reasonable Modifications Under the Fair Housing Act (March 5, 2008).

3. Attached hereto as Exhibit B is a true and correct copy of the Joint Statement of the Department of Housing and Urban Development and the Department of Justice: Reasonable

1

Accommodations under the Fair Housing Act (May 17, 2004).

    4.    Attached hereto as Exhibit C is a true and correct copy of the March 28, 2018 letter from defendant Bobbie Rivere to Rabbi Lefkowitz.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2019
Madison, NJ

                              *s/ Gregory J. Bevelock*
                              Gregory J. Bevelock