# EXHIBIT C

# WESTLAKE MASTER ASSOCIATION

Managed by:
*Premier Management Associates*
1 Pine Lakes Circle
Jackson, New Jersey 08527
732-833-5011
Fax: 732-833-5024

March 28, 2018

Rabbi Philip Lefkowitz
27 Crooked Stick Road
Jackson, NJ 08527

Dear Rabbi Lefkowitz:

As you know, the Westlake Master Association has informed you that temporary sukkahs are permitted within the development. However, a recent communication from you suggests that that you may need a handicap accommodation relative to the sukkah.

The Fair Housing Amendments Act defines a "person with a disability" to include (1) individuals with a physical or mental impairment that substantially limits one or more major life activities; (2) individuals who are regarded as having such an impairment; and (3) individuals with a record of such an impairment. The resident's or applicant's disability must require that changes to the rules, regulations, policies and/or procedures of the homeowners association be made in order for the resident or applicant to have equal opportunity to live successfully in this housing. Accordingly, enclosed you will find an application for a handicap accommodation in addition to Westlake's Property Modification Form and the current set of rules regarding Temporary Structures.

Should you have a need for such an accommodation, please fill out this document and return it at your earliest convenience. It is important to specifically identify what you are seeking and how that would address the handicap or disability.

The submission of this information to the Board of Trustees is not a guarantee of the project's approval. Thank you for your cooperation.

Very Truly Yours,
Westlake Master Association, Inc.

Bobbie Rivere, President

## WESTLAKE MASTER ASSOCIATION, INC.
## REQUEST FOR REASONABLE ACCOMMODATION

NAME _____ TELEPHONE _____

ADDRESS _____

_____

1. The following member(s) of this household has a disability:

   Name: _____

2. Please provide the following change(s) so that the person(s) listed above can fully enjoy their unit. Below please describe the type of accommodation needed.

   If you are requesting a change in rule, regulation, restriction or procedure please describe the accommodation you are requesting.

   _____
   _____
   _____
   _____

3. This accommodation is needed because: Please describe the relationship between the person's disability and the need for the requested accommodation. _____

   _____
   _____
   _____
   _____
   _____

The Westlake Master Association, Inc. may verify the need for this request by contacting the following medical professional:

Name _____

Address _____

_____

_____

Telephone _____

I authorize Westlake Master Association, Inc. to contact the person identified above for the purpose of verifying the need for the requested reasonable accommodation.

Signed_____ Date _____

## Common Grounds Planting/Property Modification Application

Residents May Consult with Management, ARC or B&G Prior to Submission

Please check those that apply to the Modification(s) that is being requested.

| | |
|---|---|
| Homeowner's Property _____ | Common Grounds _____ |
| New Application _____ | Existing/Replacement _____ |
| Tree Trimming _____ | Tree Removal/Replacement _____ |
| Application Date _____ | Estimated Project Cost _____ |

Owner(s) Name(s): _____

Address: _____ Home Model _____

Telephone: _____ Email Address: _____

Brief description of project _____

Bond: The amount of the bond is $100 or 10% of the estimated project cost, whichever is higher.

Check # _____ Check Amount: _____ Note: Check Payable to Westlake Master Association

All bond/payments shall be cashed upon receipt and held in the general fund of the Association. Upon verification by the Board of Trustees or designated Committee that the work has been completed in accordance with the approval granted for the application, a refund of the bond amount will be returned without interest.

I/We authorize and represent the following:

1. I/We are the lawful owner(s) of the premises.

2. I/We do hereby authorize the Board of Trustees or their designated Committee to inspect the premises concerning this application upon reasonable notice and during reasonable hours. Inspections may be done between the hours of 9am and 5pm without prior notice and without my/our presence. Pictures may be taken that will become part of the official property file

3. I/We agree to abide by all the terms and conditions of the approval procedures, the Declaration of Covenants, Conditions and Restrictions, the By-Laws, and the Rules and Regulations (Specific rule to be listed) of the Association as they apply to this application. We also authorize the Board to employ, engage, or hire any professional consulting entity that they may deem reasonably necessary to properly review this application, the cost of which will be charged to us, provided that there is prior notification and agreement is received from us.

4. I/We have examined and complied with the attached list/grid of necessary documents including a survey that applies to this application.

Please submit this application, supporting documents, and your check, if applicable, to the Management Office. You will be notified when approval is granted.

_____                    _____
Owner's Signature                                                                Date