NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RABBI PHILIP LEFKOWITZ, LEVI LEFKOWITZ, and MOSHE LEFKOWITZ,<br><br>        Plaintiffs,<br><br>v.<br><br>WESTLAKE MASTER ASSOCIATION, INC.; BOBBIE RIVERE, DENNIS LAFER, RICHARD E. FONTANA, MARIE MILLER, JAMES P. GARRETT, DAVID J. WHELAN, MICHAEL W. YUDKIN, DIANE E. O'CONNOR, and PETER J. MARTINASCO, individually and as Members of the Board of Trustees of the Westlake Master Association, Inc.<br><br>        Defendants. | Civ. No. 18-14862<br><br>**ORDER** |

THOMPSON, U.S.D.J.

    For the reasons stated in this Court's Opinion on this same day,

    IT IS on this <u>19th</u> day of February, 2019,

    ORDERED that Defendants' Motion to Dismiss in Part (ECF No. 8) is GRANTED IN PART and DENIED IN PART; and it is further

    ORDERED that the Complaint (ECF No. 1) is DISMISSED as to Count I (¶¶ 107–12) insofar as it relates to Defendants' refusal to construct a wheelchair-accessible path.

                                                                  */s/ Anne E. Thompson*
                                                                  ANNE E. THOMPSON, U.S.D.J.