Gregory J. Bevelock
Charles M. Fisher
BEVELOCK & FISHER LLC
14 Main Street, Suite 200
Madison, NJ 07940
(973) 845-2999
gbevelock@bevelocklaw.com
cfisher@bevelocklaw.com
*Attorneys for Plaintiffs,*
*Rabbi Philip Lefkowitz, Levi Lefkowitz,*
*and Moshe Lefkowitz*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI PHILIP LEFKOWITZ et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTLAKE MASTER ASSOCIATION, INC. et al.,<br><br>Defendants. | Civil Action No. 3:18-14862 (AET)(TJB)<br><br>**[PROPOSED] CONSENT ORDER GRANTING LEAVE OF FILE AMENDED COMPLAINT** |

THIS MATTER having come before the Court on the application of plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz and Moshe Lefkowitz ("Plaintiffs"), for an Order granting Plaintiffs leave to file an amended complaint (the "Amended Complaint"); and defendants, Westlake Master Association Inc., Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor and Peter J. Martinasco ("Defendants") having consented to the filing of the Amended Complaint; and Plaintiffs and Defendants having agreed that the Court's February 19, 2019 Opinion and Order (ECF Nos. 14 & 15) granting in part and denying in part Defendants' partial motion to dismiss Plaintiffs' initial complaint (ECF Nos.

14 & 15) shall be deemed to apply to the Amended Complaint to the extent applicable with Plaintiffs and Defendants reserving all rights with respect thereto; and for good cause shown;

 IT IS on this ____ day of April 2019,

 ORDERED that Plaintiffs are hereby granted leave to file the Amended Complaint; and

 IT IF FURTHER ORDERED that Plaintiffs shall file the Amended Complaint within seven (7) days of the entry of this Consent Order.

            _____
            HON. TONIANNE J. BONGIOVANNI, U.S.M.J.