**BEVELOCK & FISHER LLC**
*Attorneys at Law*
_____

*Gregory J. Bevelock, Esq.*
*Tel: (973) 845-2999*
*gbevelock@bevelocklaw.com*

*Fax: (973) 845-2797*

*14 Main Street, Suite 200*
*Madison, NJ 07940*
*www.bevelocklaw.com*
_____

*Charles M. Fisher, Esq.*
*Tel: (973) 845-2998*
*cfisher@bevelocklaw.com*

June 18, 2019

**By ECF & E-Mail**
Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    <u>Rabbi Philip Lefkowitz et al. v. Westlake Master Ass'n Inc. et al.</u>
               Civil Action No. 3:18-cv-14862-AET-ZNQ

Dear Judge Quraishi:

      This firm represents plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz, and Moshe Lefkowitz ("Plaintiffs"), in the above-referenced matter. We are writing on behalf of all parties to this matter.

      The Court's April 25, 2019 Scheduling Order (ECF No. 22) currently provides that any motion to amend the pleadings or any motion to join new parties must be filed no later June 21, 2019. <u>See</u> Scheduling Order ¶¶3, 4. Plaintiffs and Defendants respectfully request that these deadlines be extended for 30 days until July 22, 2019. If this meets with Your Honor's approval, we respectfully request that Your Honor enter the enclosed Consent Order.

      We thank the Court for its kind attention to this matter and are available to discuss this matter should the Court desire to do so.

                           Respectfully submitted,

                           BEVELOCK & FISHER LLC

                           *s/ Gregory J. Bevelock*
                           Gregory J. Bevelock

Encl.
c: Wayne E. Pinkstone, Esq. (by ECF, w/ encl.)