**BEVELOCK & FISHER LLC**
*Attorneys at Law*
_____

*Gregory J. Bevelock, Esq.*
*Tel: (973) 845-2999*
*gbevelock@bevelocklaw.com*

*Fax: (973) 845-2797*

14 Main Street, Suite 200
Madison, NJ 07940
*www.bevelocklaw.com*
_____

*Charles M. Fisher, Esq.*
*Tel: (973) 845-2998*
*cfisher@bevelocklaw.com*

September 4, 2019

**By ECF**
Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: <u>Rabbi Philip Lefkowitz et al. v. Westlake Master Ass'n Inc. et al.</u>
     Civil Action No. 3:18-cv-14862-AET-ZNQ

Dear Judge Quraishi:

  This firm represents plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz, and Moshe Lefkowitz ("Plaintiffs"), in the above-referenced matter. Pursuant to Your Honor's direction at the August 27th settlement conference, we respectfully submit a proposed Case Management Order No. 2. Both Plaintiffs and Defendants consent to the entry of the Order.

  If this meets with Your Honor's approval, we respectfully request that Your Honor enter the enclosed Order.

  We thank the Court for its kind attention to this matter and are available to discuss this matter should the Court desire to do so.

         Respectfully submitted,

         BEVELOCK & FISHER LLC

         <u>s/ Gregory J. Bevelock</u>
         Gregory J. Bevelock

Encl.
c: Wayne E. Pinkstone, Esq. (by ECF, w/ encl.)