Gregory J. Bevelock
Charles M. Fisher
BEVELOCK & FISHER LLC
14 Main Street, Suite 200
Madison, NJ 07940
(973) 845-2999
gbevelock@bevelocklaw.com
cfisher@bevelocklaw.com
*Attorneys for Plaintiffs,*
*Rabbi Philip Lefkowitz, Levi Lefkowitz,*
*and Moshe Lefkowitz*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI PHILIP LEFKOWITZ et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>WESTLAKE MASTER ASSOCIATION, INC. et al.,<br><br>  Defendants. | Civil Action No. 3:18-14862 (AET)(ZNQ)<br><br>**SCHEDULING ORDER NO. 2** |

THIS MATTER having come before the Court on the joint application of plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz and Moshe Lefkowitz, and defendants, Westlake Master Association Inc., Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor and Peter J. Martinasco, for entry of an Order amending the Court's April 25, 2019 Scheduling Order (ECF No. 22); and the Court having considered the proposed Scheduling Order No. 2; and for good cause shown;

IT IS on this ____ day of September, 2019,

ORDERED that the Court's April 25, 2019 Scheduling Order (ECF No. 22) is hereby amended to provide as follows:

1. The parties shall serve responses to all outstanding discovery requests, including the production of documents, by **October 11, 2019**.

2. Any motion to amend the pleadings must be filed no later than **October 25, 2019** and be made returnable on **November 18, 2019**.

3. Any motion to join new parties, whether by amended or third-party complaint, must be filed no later than **October 25, 2019** and be made returnable on **November 18, 2019**.

4. Fact discovery shall be completed no later than **February 14, 2020**.

5. Plaintiffs' expert report shall be due on **February 28, 2020**.

6. Defendants' expert report shall be due on **March 27, 2020**.

7. Plaintiffs' rebuttal expert report shall be due on **April 10, 2020**.

8. Defendants' sur-rebuttal expert report shall be due on **April 24, 2020**.

9. The Court shall conduct a telephonic status conference on **November 19, 2019 at 10:00 am**.  Plaintiffs' counsel shall initiate the call.

IT IS FURTHER ORDERED that all other provisions of the April 25, 2019 Scheduling Order (ECF No. 22) shall remain in effect.

                                                HON. ZAHID N. QURAISHI, U.S.M.J.