

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

WAYNE E. PINKSTONE
Direct No:  609.895.7063
Email: WPinkstone@FoxRothschild.com

October 9, 2019

**VIA ECF**
Honorable Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Lefkowitz. et al., v. Westlake Master Assoc., Inc., et al.*
      **Civil A. No. 3:18-cv-14862-AET-TJB**

Dear Judge Quraishi:

We represent Defendants Westlake Master Association Inc., Bobbie Rivere, Dennis Lafer, Richard E. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor, and Peter J. Martinasco (collectively "Defendants") in the above captioned matter. In light of the number of defendants and consequent volume of documents in the instant matter, I write to enclose a proposed scheduling order extending the time for the parties to serve responses to outstanding discovery requests, including the production of documents and, thereafter file any motion to amend and/or add parties.

Plaintiffs Philip Lefkowitz, Levi Lefkowitz and Moshe Lefkowitz ("Plaintiffs") have consented to this amended schedule.

If Your Honor finds the proposed order acceptable, we respectfully request that it be signed and entered on the docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

Wayne E. Pinkstone

Enclosure
cc: Counsel of Record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington