# EXHIBIT 5

Message

| | |
|---|---|
| **From:** | 'Frank Sisto' via BOT-2016 [BOT-2016@googlegroups.com] |
| **Sent:** | 8/1/2016 9:30:20 PM |
| **To:** | BOT-2016@googlegroups.com |
| **Subject:** | Re: can this be published to introduce me to the community? |

I cannot disagree more. We shouldn't publish his letter and we shouldn't meet with him as a board and there should be no writeup in the journal. If a board member wants to meet with him as a private citizen, that is fine.

When was the last time the board meet with a new resident? We know what his agenda is, he said it in his email "Real estate trends indicate that other Orthodox observant Jewish seniors will follow." He is looking to start a congregation of senior Orthodox Jews here in Westlake. What would be the purpose of meeting with him?

We should be polite but distant, know where he is coming from. He has an agenda, and it will change Westlake forever if it is allowed to be implemented. He should not get any free publicity or undue respect from us.

Everyone has a right to live where they want. But he has already sowed seeds of disharmony just by stating that he wishes to promote harmony!

Frank

Sent from my iPad

On Aug 1, 2016, at 5:12 PM, "bmr1@optonline.net" <bmr1@optonline.net> wrote:

I have suggested this already. Let's meet with the Rabbi first.

B

-------Original Message-------

**From:** John Walter
**Date:** 8/1/2016 5:06:04 PM
**To:** BOT-2016@googlegroups.com
**Subject:** RE: can this be published to introduce me to the community?

As a proposal, it has been common for a Westlake Journal writer to do an interview and publish an article about people in the community. Ellen Keller has written many of these articles. I suggest we ask the Westlake Journal to publish an article on Rabbi Lefkowitz.

WESTLAKE0000270

John Walter

76 CSR

---

**From:** bot-2016@googlegroups.com [mailto:bot-2016@googlegroups.com] **On Behalf Of** Steve Hodges
**Sent:** Monday, August 01, 2016 4:24 PM
**To:** BOT-2016@googlegroups.com
**Subject:** FW: can this be published to introduce me to the community?


Dear All:


I sent Rabbi Lefkowitz an email indicating that I had received his requested and passed it along to the Board.  Please note his response to me below.


Regards,


**Steven B. Hodges, CMCA, AMS**

**Property Manager**

**<image0011.jpg>**


**An Accredited Management Company**

*Westlake Golf & Country Club*

*c/o Premier Management Associates*

*1 Pine Lakes Circle*

*Jackson, NJ  08527*

*Office:  732-833-5011*

*Fax:  732-833-5024*


**www.premiermanagement.net**

WESTLAKE0000271

**CONFIDENTIALITY NOTICE:**
**The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.**

**From:** Rabbi Lefkowitz [mailto:plefko8565@aol.com]
**Sent:** Monday, August 01, 2016 3:56 PM
**To:** Steve Hodges
**Subject:** Re: can this be published to introduce me to the community?


Dear Mr. Hodges,


Thank you so much for your quick response. I will be sure to take you up on your offer if anything arises. So far we have found the community delightful and our neighbors warm and accepting. Although a single amputee, I am even considering taking up golf. Who knows what the future has iin store for me? as you know, man proposes and G-d disposes..


I've had the opportunity to speak with our local Catholic priest at St. Aloysius. He has helped me understand the community better and I believe we have begun  a warm and supportive friendship. Like old soldiers - old rabbis never die, they just fade away.  I have only just begun the fading process - retirement.


I am well aware of the tension in Jackson and indeed Westlake as well, relative to the influx of Orthodox observant Jews to the Jackson community which has been exasperated by a recent article in the local press.  My Rabbi antennas have been picking up a situation that could, if not addressed properly, mushroom into something that could become ugly.  As one of my neighbors told me, "you people are a mystery."


I would like to be helpful in debunking that mystery -  an issue. I did discuss with Father in our phone conversation.


If I can assist in humanizing the Orthodox Jew in the eyes of the residents of the Association, please feel free to call upon me. My neighbors tell me I am the first Orthodox Jew to move into Westlake and for the most part, the Jewish population in our community is secular\. Real estate trends indicate that other Orthodox observant Jewish seniors will follow. I desire to live in a harmonious community in which I as my neighbors contribute to that harmony. As you can see from my resume, I have always

WESTLAKE0000272

endeavored to be part of the general community in which I live and contribute positively to its growth and development.

Again, thanks for your immediate response. Please feel free to share  this note with the Board of Trustees as well.

Sincerely,

Rabbi Lefkowitz

-----Original Message-----
From: Steve Hodges <shodges@premiermanagement.net>
To: plefko8565 <plefko8565@aol.com>
Sent: Mon, Aug 1, 2016 12:54 pm
Subject: FW: can this be published to introduce me to the community?

Rabbi Lefkowitz:

Welcome to Westlake and thank you for contacting my office.  I have received your information and request.  Please note I have passed it along to the Board of Trustees for consideration.  I hope to be back to you shortly with a response.

As you adjust to life at Westlake, if you have any other questions or concerns please do not hesitate to contact my office.

Regards,

**Steven B. Hodges, CMCA, AMS**

**Property Manager**

**<image0011.jpg>**

**An Accredited Management Company**

***Westlake Golf & Country Club***

WESTLAKE0000273

*c/o Premier Management Associates*

*1 Pine Lakes Circle*

*Jackson, NJ  08527*

*Office:  732-833-5011*

*Fax:  732-833-5024*

www.premiermanagement.net

**CONFIDENTIALITY NOTICE:**
**The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.**

**From:** WESTLAKE MASTER ASSOC. [mailto:wgcc@optonline.net]
**Sent:** Monday, August 01, 2016 1:15 PM
**To:** Steve Hodges
**Subject:** FW: can this be published to introduce me to the community?

Westlake Management Office Staff
Premier Management Associates
Westlake Golf & Country Club
(732)833-5011
(732)833-5024 fax

CONFIDENTIALITY NOTICE:
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any reliance upon this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender and delete the material from any computer.

-------- Begin forwarded message --------
Subject: can this be published to introduce me to the community?
Date: 07/29/16 03:37:25 PM

WESTLAKE0000274

From: "Rabbi Lefkowitz" <plefko8565@aol.com>
To: wgcc@optonline.net

Dear neighbors,

May I introduce myself to you. Recently I retired from nearly five decades in the pulpit rabbinate. I moved to Jackson from Chicago, where he lived for nearly 30 years to be near my children and grandchildren.

During my career, I served congregations in metropolitan areas with a membership of over 1,000 as well as in tbe outlying small town with modest memberships, congregations in the impoverished inner city and in affluent suburbs.  I received the "call" from synagogues in the United States, Canada and the United Kingdom, allowing me to experience the unique aspects of the role of the Rabbi in each of these localities.

In my first post in Coney Island, I ran a 12 week City funded summer remedial reading and recreation program in our synagogue, the 31st St., Talmud Torah. The program served some 200 inner city "ghetto" primary school African-American youngsters. During that rather short period of time, we were able to boost their reading levels on the average of two years.  During my years in the rabbinate. I served as a prison chaplain in the United States and Canada, where, as a board member of the Maritime Provinces Canadian Association for Pastoral Education, CAPE, I played a significant role in the rewriting of the rules for chaplaincy care in the prisons of the province of New Brunswick  During my sojourn in Manchester, England, I served as Jewish chaplain to the northern district mental care facility in Prestwich, Manchester.

I have been a member of the Chicago Rabbinical Council, the largest Orthodox rabbinic regional association in the United States for 30 years. During that time I served as an officer, a member of its Executive, its Conversion Commission and founding Chair of its Legislative Commission.  As chairman of the Legislative Commission, I led the Council's successful effort for the passage of the "Illinois Scholarship Act", which allows the citizen to deduct the cost of his/her child's private or parochial education from one's state income tax. When a strike-lockout took place on Chicago's cemeteries during which Jewish cemeteries locked out their union workers, I was the point man for the cRc's legal effort to ensure continued burials for Jews, Muslims and others whose religious faith required immediate burial.  This included representing the cRc position to the media and, on their behalf, participation in negotiations mandated by the court. Subsequent to the resolution of the strike-lockout, I testified before the State Legislature regarding the passage of legislation to address the religious requirements of burial during strikes or lockouts.

I was privileged to serve on the ecclesiastical court of the Council. For many years. I was one of the Rabbinical Council' representatives at Chicago Jewish Federation's Jewish Community Relations Council and lectured in our Jewish Federation's in service educational programming for its staff. I was a guest on several occasions on Federation's TV programs. My TV appearances included being a guest on the Chicago based Oprah Winfrey Show on the issue of free speech and neo-Nazi programming on public supported cable TV.  Thank G-d, I emerged from the program unscathed, unlike Geraldo Rivera, who suffered a broken nose at the hands of the

WESTLAKE0000275

neo-Nazis.

At the request of the Chicago's Human Relations Commission, I was recommended to serve on its North Side Task Force receiving the 1993 City of Chicago's Human Relations Award from Mayor Daley for my development of the "School to School" program instituted by the Commission. The initial effort brought students from the Orthodox, Ida Crown Jewish Academy together with students from Lindbloom High School, an inner-city school with a 99% African American student body. Some of these students, both Jewish and Black, later participated in a TV program discussing the Rodney King conflict. At the request of Dr. Steven Nasatir, Executive Vice President of Chicago's Jewish Federation, I was appointed one of three trustees representing the Jewish Federation in the establishment of the City wide organization "United for Power, Action and Justice", a grass roots group unifying the disenfranchised of society in securing their voice in community being developed by the Industrial Areas Foundation, founded by Chicago's famed community organizer Saul Alinsky.

I was a member the Clergy Council for the Protection of Public Housing and was a was a key speaker at their rally in Chicago's Loop. I as well spoke at the statewide gathering in Springfield in the capital building's rotunda.

I played an active role in the Illinois effort to protect religious freedom arising out of "Obama Care" as it pertains to abortion. I was a keynote speaker at Chicago's rally and at the leadership retreat at Halles Hall authoring several articles on the subject which were well received. With the aid of the Thomas Moore Society, I filed an amicus curiae brief with the Military Appellate Court in the religious freedom case of United States, v. Monifa J. Sterling, Lance Corporal (E-3) U.S. Marine Corps on behalf of Ms. Sterling. The issue at hand is Ms. Sterling's posting a rather inconspicuous note quoting a Biblical passage on her computer screen.

You can view my speech on religious freedom at - https://www.youtube.com/watch?v=4zPNV6PJ4xc

I am readying for publication my book entitled "History of a Chicago Synagogue - Agudas Achim North Shore Congregation" describing the fascinating history of this 130-year-old synagogue. Included in this work is biographical sketches of the dozen rabbis who served the "Hungarische Schul" of Chicago, as it was affectionately known, during its long and significant history.

I look forward to meeting everyone and beginning new and meaningful relationships. If I can be of help to any of my neighbors, please don't hesitate to stop by my home.

Rabbi Philip Lefkowitz

WESTLAKE0000276

27 Crooked Stick Rd.


--
This is our 2016 Board private site. Only Board members, Steve and Doreen will be able to see it.
---
You received this message because you are subscribed to the Google Groups "BOT-2016" group.
To unsubscribe from this group and stop receiving emails from it, send an email to BOT-2016+unsubscribe@googlegroups.com.
To post to this group, send email to BOT-2016@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.


--
This is our 2016 Board private site. Only Board members, Steve and Doreen will be able to see it.
---
You received this message because you are subscribed to the Google Groups "BOT-2016" group.
To unsubscribe from this group and stop receiving emails from it, send an email to BOT-2016+unsubscribe@googlegroups.com.
To post to this group, send email to BOT-2016@googlegroups.com.
For more options, visit https://groups.google.com/d/optout.

WESTLAKE0000277

Message

| | |
|---|---|
| **From**: | Peter Martinasco [pjmartinasco@hotmail.com] |
| **Sent**: | 9/22/2016 10:15:35 PM |
| **To**: | Greg Chierchie [gc412@aol.com] |
| **Subject**: | RE: Back Gate |

Greg:

I have recently been appointed to the Board or Trustees (last night was my first meeting), and no one, not even the Rabbi has asked Management to open the back gate.  It's too late to call you tonight, but give me a call at your leisure if you would like to discuss.

732-575-7257 cell

Pete

> From: gc412@aol.com
> Subject: Back Gate
> Date: Thu, 22 Sep 2016 20:27:35 -0400
> To: pjmartinasco@hotmail.com
>
> The Board voted to open up the back gate for "Our Friend Rabbi Phil". I'm out of here!
>

WESTLAKE0000166

Message

**From**:    Peter Martinasco [pjmartinasco@hotmail.com]
**Sent**:    11/3/2017 3:24:30 PM
**To**:      gc412@aol.com
**Subject**: Re: Build the HUT

Sukkah's have always been allowed within certain parameters.  Must be temporary, must be taken down by a certain time, certain size, etc.  Don't know of any request to build one.

---

**From:** gc412@aol.com <gc412@aol.com>
**Sent:** Friday, November 3, 2017 2:54 PM
**To:** Bob Iungermann; Pete Martinasco; Mike Disilvestro; Ed Breuninger
**Subject:** Build the HUT

I hear Uncle Phil just got approval from the Wastelake Board to build a "Sukkah" in his backyard during the Jewish Holidays.   Ha.   What a great neighbor.   This is just the beginning.

WESTLAKE0000167

Message

---

| | |
|---|---|
| **From**: | gc412@aol.com [gc412@aol.com] |
| **Sent**: | 10/28/2017 10:13:59 PM |
| **To**: | Pete Martinasco [pjmartinasco@hotmail.com]; Bob Iungermann [riung2@optonline.net]; Joe & Diane Clemente [sipajoe@gmail.com] |
| **Subject**: | New Jersey Rabbi Files Formal Complaint With Human Relations Commission | Philip Lefkowitz | The Blogs | The Times of Israel |

Wastelake is DOOMED!
I seen it coming a year ago.

https://nam03.safelinks.protection.outlook.com/?url=http%3A%2F%2Fblogs.timesofisrael.com%2Fnew-jersey-rabbi-files-formal-complaint-with-human-relations-commission%2F&data=02%7C01%7Cpjmartinasco%40hotmail.com%7C6bd63b74bf5147bcf1dd08d51e72bc93%7C84df9e7fe9f640afb435aaaaaaaaaaa%7C1%7C0%7C636448400490673214&sdata=O9HQw8jeMVtxyWR1Lm1U47M0XrnDc%2BKac03lySrsjGg%3D&reserved=0

WESTLAKE0000162

Message

| | |
|---|---|
| **From**: | Dennis Lafer [dlafer@optonline.net] |
| **Sent**: | 7/3/2018 11:06:45 AM |
| **To**: | Michele Campbell [m43camp@aol.com] |
| **Subject**: | Re: only to you |

Call me we are totally in sync

Sent from my iPhone

On Jul 3, 2018, at 10:56 AM, Michele Campbell <m43camp@aol.com> wrote:

> **'Morning Dennis**
>
> **I am only sending this to you:**
>
> **Lots of gossip regarding the posting of the Rabbi's lawsuit on the Forum.**
>
> **Frankly, though some have been opposed to that posting, I say-how would we know Westlake has a problem if we don't read it on the Forum or in the Press?**
>
> **Though much is made of Board "transparency" during the election cycle, we residents sure are not kept in the loop regarding this particular issue. I get how dangerous this could be but rumors re Orthodox takeover have resulted in MANY residents selling and moving elsewhere.**
>
> **Perhaps Ron Perl could craft a letter from the Board to the community regarding this situation. Ignorance is not bliss in this situation because not all are ignorant and the ramifications could be life-changing.**
>
> **Michele**

WESTLAKE0000098