# BEVELOCK & FISHER LLC
*Attorneys at Law*

---

**Gregory J. Bevelock, Esq.**
Tel: (973) 845-2999
gbevelock@bevelocklaw.com

Fax: (973) 845-2797

14 Main Street, Suite 200
Madison, NJ 07940
www.bevelocklaw.com

**Charles M. Fisher, Esq.**
Tel: (973) 845-2998
cfisher@bevelocklaw.com

---

February 18, 2020

**By ECF**
Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: Rabbi Philip Lefkowitz et al. v. Westlake Master Ass'n Inc. et al.
     Civil Action No. 3:18-cv-14862-AET-ZNQ

Dear Judge Quraishi:

  As you know, this firm represents plaintiffs, Rabbi Philip Lefkowitz, Levi Lefkowitz, and Moshe Lefkowitz, in the above-referenced matter. We regret to inform the Court that Rabbi Lefkowitz died on February 3, 2020.

  Given the March 31, 2020 discovery end date, we wanted to inform the Court promptly. Moreover, Rabbi Lefkowitz's claims survive his death. <u>Revock v. Cowpet Bay West Condo. Assoc.</u>, 853 F.3d 96, 110 (3rd Cir. 2017) (Fair Housing Act claims survive the death of plaintiff); <u>Hawes v. Johnson & Johnson</u>, 940 F. Supp. 697, 702 (D.N.J. 1996) (NJLAD claims survive the death of plaintiff). The administrator of Rabbi Lefkowitz's estate will be the proper party to pursue his claims and to be substituted into the case, pursuant to Fed.R.Civ.P. 25(a). However, an administrator has not yet been appointed. Until one is appointed, we respectfully request that the fact discovery end date be held in abeyance.

  We thank the Court for its kind attention and are available to discuss this matter should the Court desire to do so prior to our next telephonic status call scheduled for March 27, 2020. Please be advised that I will be travelling out of the country beginning on Wednesday, February 26, 2020 and will return to the office on Thursday, March 5, 2020.

          Respectfully submitted,
          BEVELOCK & FISHER LLC

          *s/ Gregory J. Bevelock*
          Gregory J. Bevelock

c: Wayne E. Pinkstone, Esq. (by ECF)