Gregory J. Bevelock
Charles M. Fisher
BEVELOCK & FISHER LLC
14 Main Street, Suite 200
Madison, NJ 07940
(973) 845-2999
gbevelock@bevelocklaw.com
cfisher@bevelocklaw.com
*Attorneys for Plaintiffs,*
*Rabbi Philip Lefkowitz, Levi Lefkowitz,*
*and Moshe Lefkowitz*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI PHILIP LEFKOWITZ et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>WESTLAKE MASTER ASSOCIATION, INC. et al.,<br><br>       Defendants. | Civil Action No. 3:18-14862 (AET)(TJB)<br><br>**[PROPOSED] CONSENT ORDER SUBSTITUTING SUBSTITING LEVI LEFKOWITZ, ADMINISTRATOR OF THE ESTATE TO RABBI PHILIP LEFKOWITZ, FOR PLAINTIFF, RABBI PHILIP LEFKOWITZ** |

**THIS MATTER** having come before the Court on the application of plaintiffs, Levi Lefkowitz and Moshe Lefkowitz ("Plaintiffs"), and Levi Lefkowitz, Administrator of the Estate of Rabbi Philip Lefkowitz (the "Administrator"), for an Order substituting the Administrator as a plaintiff for plaintiff, Rabbi Philip Lefkowitz, pursuant to Fed. R. Civ. P. 25(a)(1); and it appearing that Rabbi Philip Lefkowitz died on February 3, 2020; and it further appearing that Levi Lefkowitz has been appointed the Administrator of the Estate of Rabbi Philip Lefkowitz; and all parties hereto having consented to the substitution of these parties; and for good cause shown;

IT IS on this  28th  day of May 2020, hereby ORDERED as follows:

1. Levi Lefkowitz, Administrator of the Estate of Rabbi Philip Lefkowitz is hereby substituted as a party for plaintiff, Rabbi Philip Lefkowitz; and

2. That the case caption should be amended to read as follows: as follows:

| | |
|---|---|
| LEVI LEFKOWITZ, Administrator of the Estate of RABBI PHILIP LEFKOWITZ, deceased; LEVI LEFKOWITZ; and MOSHE LEFKOWITZ,<br><br>   Plaintiffs,<br><br> v.<br><br>WESTLAKE MASTER ASSOCIATION, INC.; and BOBBIE RIVERE, DENNIS LAFER, RICHARD E. FONTANA, MARIE MILLER, JAMES P. GARRETT, DAVID J. WHELAN, MICHAEL W. YUDKIN, DIANE E. O'CONNOR, and PETER J. MARTINASCO, Individually and as Members of the Board of Trustees of the Westlake Master Association, Inc., | Civil Action No. 3:18-14862 (AET)(ZNQ) |

               s/ Zahid N. Quraishi
               HON. ZAHID N. QURAISHI, U.S.M.J.