UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEVI LEFKOWITZ, Administrator of the Estate of RABBI PHILIP LEFKOWITZ, deceased, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WESTLAKE MASTER ASSOCIATION, INC. ET AL., <br> Defendants. | Civil Action No. 3:18-cv-14862-AET-ZNQ <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE INDIVIDUAL DEFENDANTS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiffs, Levi Lefkowitz, the Administrator of the Estate of Rabbi Philip Lefkowitz, Levi Lefkowitz, individually, and Moshe Lefkowitz, and counsel for Defendants, Bobbie Rivere, Dennis Lafer, Richard M. Fontana, Marie Miller, James P. Garrett, David J. Whelan, Michael W. Yudkin, Diane E. O'Connor, and Peter J. Martinasco (the "Individual Defendants"), that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter be and hereby is dismissed as to the Individual Defendants, with prejudice and without costs or fees against any party, without rights of appeal.

By: *s/ Wayne E. Pinkstone*
Wayne E. Pinkstone, Esq.
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
wpinkstone@foxrothschild.com

*Attorneys for Defendants*

Dated: Oct. 12, 2020

By: *s/ Gregory J. Bevelock*
Gregory J. Bevelock, Esq.
**BEVELOCK & FISHER LLC**
14 Main Street, Suite 200
Madison, NJ 07940
Tel: (973) 845-2999
gbevelock@bevelocklaw.com

*Attorneys for Plaintiffs*

Dated: Oct. 12, 2020